# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAM LUC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) _____ |
| | ) |
| KOREAN AIR LINES CO., LTD, | ) |
| KOREAN AIR CATERING | ) |
| CENTER, KOREA AIRPORT | ) |
| SERVICES CO LTD, & BRADCAL, | ) |
| INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

None

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

1

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Sammy D. Carson, Jr.
CARSON LAW FIRM, INC.
4470 Satellite Blvd., Suite 101
Duluth, Georgia 30096
Tel: (770) 695-0607
Fax: (888) 218-9547
Email: sammie@thecarsonlaw.com
ATTORNEY FOR PLAINTIFF

James M. Bauer (Ga. Bar 460185)
CLYDE & CO US LLP
271 17th Street NW, Suite 1720
Atlanta, Georgia, 30363
Tel: (404) 410-3150
Fax: (404) 410-3151
Email: James.Bauer@clydeco.us
ATTORNEY FOR DEFENDANT,
**KOREAN AIR LINES CO., LTD.**

Andrew J. Harakas
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 710-3900
Fax: (212) 710-3950
Email: Andrew.Harakas@clydeco.us
ATTORNEY FOR DEFENDANT,
**KOREAN AIR LINES CO., LTD.**

Respectfully submitted this 27th day of December, 2018,

**CLYDE & CO US LLP**

By: *s/ James M. Bauer*
James M. Bauer (Ga. Bar 460185)
james.bauer@clydeco.us

271 17th Street NW, Suite 1720
Atlanta, Georgia, 30363
Tel: (404) 410-3150
Fax: (404) 410-3151

and

**CLYDE & CO US LLP**
Andrew J. Harakas
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 710-3900

**ATTORNEYS FOR DEFENDANT
KOREAN AIR LINES CO., LTD.**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LAM LUC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | _____ |
| ) | |
| KOREAN AIR LINES CO., LTD, ) | |
| KOREAN AIR CATERING ) | |
| CENTER, KOREA AIRPORT ) | |
| SERVICES CO LTD, & BRADCAL, ) | |
| INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that Defendant Korean Air Lines Co., Ltd. served its **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** on the following attorneys of record via United States Postal Service, Certified Mail, proper first class postage affixed, this 27th of December, 2018.  A courtesy copy was also served by email.

Sammy D. Carson, Jr.
CARSON LAW FIRM, INC.
4470 Satellite Blvd., Suite 101
Duluth, Georgia 30096
Tel: (770) 695-0607
Email: sammie@thecarsonlaw.com
**ATTORNEY FOR PLAINTIFF**

4

**CLYDE & CO US LLP**

By: *s/ James M. Bauer*
James M. Bauer (Ga. Bar 460185)
james.bauer@clydeco.us

271 17th Street NW, Suite 1720
Atlanta, Georgia, 30363
Tel: (404) 410-3150
Fax: (404) 410-3151

**ATTORNEYS FOR DEFENDANT
KOREAN AIR LINES CO., LTD.**